IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 11 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-238 |
| | § | Jury Demanded |
| CARMEN ROCCO AND JIM GOZA, | § | |
| Defendants. | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

1) **State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.** The conference was held by telephone. Counsel for the plaintiff, Ed Stapleton, was at his office at 306 N. Highway 377, Suite D, Argyle, Texas 76226. Counsel for the defendants, Mervyn M. Mosbacker, Jr., was at his office at 2777 Allen Parkway, Suite 1000, Houston, Texas 77019. The conference was held Tuesday, April 8, 2003 at 2:00 p.m.

2) **List the cases related to this one that are pending in any state or federal court with the case number and court.** None.

3) **Specify the allegations of federal jurisdiction.** The Plaintiff alleges jurisdiction under 18 U.S.C. § 1961 *et. seq.* (RICO) and 28 U.S.C. 1367(a) (Pendent Jurisdiction)

4) **Name the parties who disagree and the reasons.** Defendants' dispute jurisdiction and have a Motion to Dismiss and Motion for Judgment on the Pleadings pending.

.1

Joint Discovery/Case Management Plan

5) **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.** Plaintiff believes there are coconspirators unknown at this time and desires an opportunity to add parties after depositions of the parties have been taken.

6) **List anticipated interventions.** None.

7) **Describe class action issues.** None.

8) **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.** Neither party has made initial disclosures required by Rule 26(a). The parties agree to make such disclosures by May 23, 2003.

9) **Describe the proposed agreed plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).** Plaintiff wishes to be provided with business and personal banking accounts of defendants from the period of December 2001 and January, February and March of 2002. This is a disputed request. Defendants request a ruling on pending dispositive motions before this discovery request is considered. Otherwise, Rule 26(f) issues were discussed in the conference of April 8, 2003. The parties agree to the schedule as included in

2

Joint Discovery/Case Management Plan

the attached discovery plan. The parties further agree that lead counsel will personally attend the conference of April 23, 2003 at!:30 p.m. to insure that the scheduling complies with the desires of the Court.

B. **When and to whom the plaintiff anticipates it may send interrogatories.** The plaintiff does not anticipate sending of interrogatories before depositions are taken. If upon conclusion of the depositions described above, additional information is needed, plaintiff will submit interrogatories within thirty days.

C. **When and to whom the defendant anticipates it may send interrogatories.** The defendant does not anticipate sending of interrogatories before depositions are taken. If upon conclusion of the depositions described above, additional information is needed, plaintiff will submit interrogatories within thirty days.

D. **Of whom and by when the plaintiff anticipates taking oral depositions.** Plaintiff anticipates taking oral depositions of Carmen Rocco, Jim Goza, Ray Marchan, Horacio Barrera, Kent Hamby and Tom Hermanson by August 31, 2003.

E. **Of whom and by when the defendant anticipates taking oral depositions.** Defendant anticipates taking oral depositions of Mahdavan Pisharodi by August 31, 2003.

3

      The parties agree that additional depositions may be requested at the hearing set on April 23, 2003 at 1:30 p.m.

F. **When the plaintiff will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.** (If any) Plaintiff: September 30, 2003. Defendant: October 30, 2003.

G. **List expert depositions the plaintiff anticipates taking and their anticipated completion date.** No expert depositions are anticipated at this time. If any are to be taken, they will be completed by November 28, 2003.

H. **List expert depositions the defendant anticipates taking and their anticipated completion date.** No expert depositions are anticipated at this time. If any are to be taken, they will be completed by November 28, 2003.

10) **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of the parties.** None.

11) **Specify the discovery beyond initial disclosures that has**

4

Joint Discovery/Case Management Plan

been undertaken to date. List expert depositions the plaintiff anticipates taking and their anticipated completion date. None.

12) **State the date the planned discovery can reasonably be completed.** November 28, 2003.

13) **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.** The parties have discussed mediation and wish to discuss these matters further with the clients. A further report will be made by the parties to the Court at the conference of April 23, 2003 at 1:30 p.m.

14) **Describe what each party has done or agreed to do to bring about a prompt resolution.** The attorneys for the parties have spoken about this case by telephone on several occasions. Each agrees to continue communication to bring about a prompt resolution.

15) **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.** The parties have discussed alternative dispute resolution and wish to discuss these matters further with the clients. A further report will be made by the parties to the Court at the conference of April 23, 2003 at

1:30 p.m.

16) **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before the magistrate judge.** The parties have discussed this rule and wish to discuss these matters further with the clients. A further report will be made by the parties to the Court at the conference of April 23, 2003 at 1:30 p.m.

17) **State whether a jury demand has been made and if it was made on time.** A jury demand was made by plaintiff on the filing of the Original Complaint on December 30, 2002.

18) **Specify the number of hours it will take to present the evidence in this case.** 24 hours.

19) **List pending motions that could be ruled on at the initial pretrial and scheduling conference.** 1. Defendants' Rule 12(b)(6) Motion to Dismiss and Motion for Judgment on the Pleadings. 2. Plaintiff's motion for leave to amend the complaint.

20) **List other motions pending.** None.

21) **Indicate other matters peculiar to the case, including discovery, that deserve the special attention of the court at the conference.** Plaintiff wishes to be provided with business and personal banking accounts of defendants from the period of December 2001 and January, February and March of 2002.

6

Joint Discovery/Case Management Plan

Defendants oppose this request and desire a ruling on pending dispositive motions before proceeding with discovery.

22) **List the names, bar numbers, addresses and telephone numbers of all counsel.**

23)

Date: *April 8, 2003*

*/s/ Ed Stapleton*
Ed Stapleton
Texas Bar No. 19058400
Southern District Bar No:
306 North Highway 377, Suite D
Argyle, Texas  76226
Tel. (940)464-2500
Fax. (940)464-6050
Attorney for Plaintiff

Date:_____

*/s/ attached*
Mervyn M. Mosbacker, Jr.
Texas Bar No. 14564800
2777 Allen Parkway, Suite 1000
Houston, Texas  77019
Tel. (713) 529-4200
Fax. (713) 529-4211
Attorney for Defendant

8

Joint Discovery/Case Management Plan

23)

Date: *April 8, 2003*

*Ed Stapleton*
Ed Stapleton
Texas Bar No. 19058400
Southern District Bar No:
306 North Highway 377, Suite D
Argyle, Texas  76226
Tel. (940)464-2500
Fax. (940)464-6050
Attorney for Plaintiff


Date: *April 9, 2003*


*Mervyn M. Mosbacker, Jr.*
Mervyn M. Mosbacker, Jr.
Texas Bar No. 14564800
2777 Allen Parkway, Suite 1000
Houston, Texas  77019
Tel. (713) 529-4200
Fax. (713) 529-4211
Attorney for Defendant

8

Joint Discovery/Case Management Plan