United States District Court
Southern District of Texas
FILED

APR 23 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE
AND HEARING ON MOTION TO DISMISS

| | |
|---|---|
| CIVIL ACTION NO. B-02-238 | DATE & TIME: 04/23/03 AT 1:30 P.M. |
| MADHAVAN PISHARODI | PLAINTIFF(S) ED STAPLETON<br>COUNSEL |
| VS. | |
| CARMEN ROCCO AND<br>JIM GOZA | DEFENDANT(S) MERVYN M. MOSBACKER, JR.<br>COUNSEL |

CSO: Ruben Salinas
ERO: Gabriel Mendieta

Depositions will be taken of both defendants by June 30, 2003. Plaintiff will supply telephone and bank records from the time period of December 2001 through March 2002.

Trial to be held after November 2003.