**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MADHAVAN PISHARODI, | } | |
| Plaintiff | } | |
| | } | |
| VS. | } | CIVIL ACTION NO. B-02-238 |
| | } | |
| CARMEN ROCCO AND JIM GOZA, | } | |
| Defendants | } | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

The undersigned attorney, Randolph Kimble Whittington, files this *Notice of Appearance*

as an attorney of record for Defendants Carmen Rocco and Jim Goza and will, effective with the

filing hereof, be designated as the attorney-in-charge for said defendants.

Respectfully submitted,

Mervyn M. Mosbacker, Jr.
State Bar No. 14564800
Southern District of Texas No. 10494
2777 Allen Parkway, Suite 1000
Houston, Texas 77019
Telephone (713) 529-4200
Facsimile (713) 529-4211

Randolph Kimble Whittington
Attorney at Law

By: _____
R. K. Whittington
State Bar No. 21404500
Federal Court ID No. 1091

2014 East Harrison Street
Harlingen, Texas 78550
Telephone (956) 423-7200
Facsimile (956) 423-7999

Attorney in Charge for Defendants
Carmen Rocco and Jim Goza

## CERTIFICATE OF SERVICE

I, R. K. Whittington, do hereby certify that a true and correct copy of the foregoing *Notice of Appearance* was served on:

Mr. Ed Stapleton
Lawyer
306 North Highway 377, Suite B
Argyle, Texas 76226

the attorney in charge for Plaintiff Madhavan Pisharodi, by mailing the same to said attorney at the address above and by sending the same to said attorney by facsimile transmission at (940) 464-6050 on this the 29th day of May, 2003.

By: _____
R. K. Whittington