IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MADHAVAN PISHARODI<br>Plaintiff, | §<br>§<br>§ |
| vs. | § CIVIL ACTION NO. B-02-238<br>§ |
| CARMEN ROCCO AND JIM GOZA<br>Defendants. | §<br>§<br>§ |

## PLAINTIFF'S MOTION TO DISMISS
## CAUSE OF ACTION WITHOUT PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff Madhavan Pisharodi, and requests this Honorable Court to dismiss Civil Action No. B-02-238 for the grounds set forth herein.

I.

A.   Plaintiff requests dismissal of Civil Action No. B-02-238 for the following reason:

   1.   Plaintiff intends to refile this action against all Defendants named herein in a jurisdiction with more favorable laws.

**WHEREFORE,** Plaintiff requests this Honorable Court to dismiss Civil Action No. B-02-238, without prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
Ed Stapleton
Texas Bar No. 19058400
306 North Highway 377, Suite B

**CERTIFICATE OF SERVICE**

    I certify that on September ___, 2003, a true and correct copy of Plaintiff's Motion to Dismiss Without Prejudice was served by certified mail, return receipt requested on Randolph Kimble Whittington, at 2014 East Harrison Street; Harlingen, Texas 78550 and via facsimile to (956) 423-7999.

_____
Ed Stapleton

I, R.K. Whittington, Attorney in charge for Carmen Rocco and Tim Goza, have been conferred with regarding the Plaintiff's Motion to Dismiss without Prejudice, and do not oppose the dismissal although I do not concur in or agree that the case should be refiled.

_____
Attorney in charge for Defendants

Argyle, Texas  76226
Tel. (940)464-2500
Fax. (940)464-6050
Attorney for Plaintiff
Madhavan Pisharodi

AGREED

_____
Madhavan Pisharodi, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **MADHAVAN PISHARODI** § | |
| **Plaintiff,** § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-238 |
| § | |
| **CARMEN ROCCO AND JIM GOZA** § | |
| **Defendants.** § | |

**ORDER DISMISSING
CAUSE OF ACTION WITHOUT PREJUDICE**

On _____, the Court considered the Plaintiff's Motion to Dismiss CIVIL ACTION NO. B-02-238. After due consideration of the Motion, and the Response thereto, the Court finds the motion is due to be **GRANTED** and orders the following:

Civil Action No. B-02-238 is **DISMISSED, Without Prejudice**.

Signed on: _____, 2003.

_____
PRESIDING JUDGE

Approved By:

*[signature: Ed Stapleton]*
_____
Ed Stapleton
Attorney for Plaintiff Madhavan Pisharodi
306 North Highway 377, Suite B
Argyle, Texas, 76226
Tel: (940) 464-2500
Fax: (940) 464-6050