United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MADHAVAN PISHARODI | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-238 |
| | § | |
| CARMEN ROCCO AND JIM GOZA | § | |
| Defendants. | § | |

## ORDER DISMISSING
## CAUSE OF ACTION WITHOUT PREJUDICE

On **October 2, 2003**, the Court considered the Plaintiff's Motion to Dismiss CIVIL ACTION NO. B-02-238. After due consideration of the Motion, and the Response thereto, the Court finds the motion is due to be **GRANTED** and orders the following:

Civil Action No. B-02-238 is **DISMISSED, Without Prejudice**.

Signed on: **October 2, 2003**, 2003.

_____
PRESIDING JUDGE

Approved By:

_____
Ed Stapleton
Attorney for Plaintiff Madhavan Pisharodi
306 North Highway 377, Suite B
Argyle, Texas, 76226
Tel: (940) 464-2500
Fax: (940) 464-6050